# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| v. § | |
| SHABBAR RAFIQ, § | Civil Action No. 4:16-cr-00243-O |
| Defendant, § | |
| v. § | |
| MUHAMMED RAFIQ, § | |
| Petitioner. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the United States' Motion and Brief to Dismiss Third-Party Petitions (ECF No. 404) is **GRANTED**, Petitioner's Petition for Ancillary Hearing of Interest in Property (ECF No. 380) is **DISMISSED** with prejudice, and Petitioner's Petitions for Ancillary Hearing of Interest in Property (ECF Nos. 381, 382) are **DISMISSED** without prejudice.

**SO ORDERED** on this 13th day of July, 2017.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**