# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | |
| SHABBAR RAFIQ (03), | § | |
| Defendant, | § | Criminal Action No. 4:16-cr-243-O |
| v. | § | |
| TAHA CORPORATION and ZR BUILDERS, LLC, | § | |
| Petitioners. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On February 6, 2019, the United States Magistrate Judge entered his Findings, Conclusions, and Recommendation (ECF No. 584) regarding the Motion to Appoint Counsel and Stay of Forfeiture (ECF No. 575) filed by Muhammed Rafiq on behalf of Petitioners Taha Corporation and ZR Builders, LLC. Muhammed Rafiq has filed objections to the Recommendation. ECF No. 592.

The Magistrate Judge recommends that Petitioners' motion be denied because there is no authority allowing the Court to appoint counsel for a corporation and because Muhammed Rafiq is not an attorney and cannot represent the corporations.

The District Court reviewed *de novo* those portions of the Findings, Conclusions, and Recommendation to which objections were made, and reviewed the remaining Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial set forth in the Magistrate Judge's

Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

For the foregoing reasons, the Motion to Appoint Counsel and Stay of Forfeiture (ECF No. 575) is **DENIED**.

The Court notes that, on January 30, 2019, Petitioners filed a motion for extension of time in which to file a reply to the Government's response to their motion. ECF No. 582. Thereafter, Petitioners filed their reply. ECF No. 583. The Magistrate Judge considered Petitioners' reply in his Findings, Conclusions, and Recommendation. *See* ECF No. 584 at 1. Petitioners' motion for extension of time in which to file their reply (ECF No. 582) is therefore **DENIED** as **MOOT**.

A copy of this order shall be mailed to Muhammed Rafiq.

**SO ORDERED** this **10th day** of **October 2019.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**