**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Criminal Action No. 4:16-cr-243-O** |
| | § | |
| **SHABBAR RAFIQ (03),** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation in which he recommends that the Court deny Shabbar Rafiq's Motion (ECF No. 649) for Opposition and Stay to an Ex-Parte Final Order of Forfeiture. *See* ECF No. 666. In response, Rafiq filed "Defendant's Objections to Magistrate's Report and Recommendations." ECF No. 668.

The District Court reviewed de novo those portions of the Findings, Conclusions, and Recommendation to which objections were made and reviewed the remaining Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, Defendant's Motion for Opposition and Stay to an Ex-Parte Final Order of Forfeiture (ECF No. 649) is **DENIED**.

**SO ORDERED** this **29th day** of **August, 2022.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**